# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LARRYL M. FISHER** | **CIVIL ACTION NO. 3:17-CV-0649** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **KEVIN WYLES, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**MONROE, LOUISIANA,** this 6th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE